UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 35 PENSION AND ANNUITY FUNDS;** | CASE NO. 3:18-CV-00928 (AWT) |
| **TRUSTEES OF THE NEW ENGLAND ELECTRICAL WORKERS BENEFITS FUND;** | |
| **TRUSTEES OF THE INTERNATIONAL BROTHRHOOD OF ELECTRICAL WORKERS LOCAL 35 JOINT APPRENTICESHIP AND TRAINING COMMITTEE;** | |
| **TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND;** | |
| **CONNECTICUT CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, INC.;** | |
| **THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 35,** | |
| Plaintiffs, | |
| v. | |
| **RHODE ISLAND SOLAR SOLUTIONS, INC.;** | |
| **BAY STATE SOLAR SOLUTIONS,** | |
| Defendants. | |

## DEFAULT JUDGMENT

The defendant, Rhode Island Solar Solutions, Inc. failed to appear, plead or

otherwise defend in this action and a default under F.R.C.P. 55(a) was entered on December 10, 2019.

On January 14, 2020, the Court entered an order for default judgment pursuant to F.R.CP. 55(b)(2) of the Federal Rules of Civil Procedure that default judgment shall be entered against defendant Rhode Island Solar Solutions, Inc. as to liability, including $159,482.97 due in contributions for the weeks ending December 2, 2017 through December 23, 2017 and the weeks ending January 13, 2018 through February 10, 2018, interest in the amount of $37,760.00, liquidated damages in the amount of $31,869.59, legal costs in the amount of $490.24, and attorney's fees in the amount of $2,812.50, for a total judgment of $232,442.30. Plaintiffs were also allowed to recover post-judgment interest as provided by law.

Previously, on February 14, 2019, the Court granted a motion for default judgment against defendant Bay State Solar Solutions for a total judgment of $214,086.68; allowing plaintiffs to also recover post-judgment interest as provided by law.  It is therefore;

**ORDERED, ADJUDGED AND DECREED** that final judgment enter in favor of the plaintiffs in the total amount of $232,442.30 against defendant Rhode Island Solar Solutions, Inc. and against defendant Bay State Solar Solutions  in the total amount of $214,086.68, with the plaintiffs being able to recover post-judgment interest as to the defendants, and this case is closed.

Dated at Hartford, Connecticut, this 31st day of January, 2020.

                                        ROBIN D. TABORA, Clerk

                                        /s/ Linda S. Ferguson
                                          Linda S. Ferguson
                                          Deputy Clerk

EOD:  1/31/2020